COPY

**CARMEN A. TRUTANICH**, City Attorney - SBN 86629x
**GARY G. GEUSS**, Chief Assistant City Attorney
**CORY BRENTE**, Assistant City Attorney
**CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney - SBN 192872
christian.bojorquez@lacity.org
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900, Fax No.: (213) 978-8785

Attorneys for Defendants CITY OF LOS ANGELES and LOS ANGELES
POLICE DEPARTMENT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDRY HENRY, Individually, and as surviving parent of MARLAND ANDERSON,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a Municipal Corporation; LOS ANGELES POLICE DEPARTMENT, and DOES 1 through 20,<br><br>        Defendants. | CV13-NO. 3151 MPP(MRWx)<br><br>(LASC Case No. BC 504272)<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1441 (a) and 1446 (a)** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE Defendants CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT ("Defendants") hereby removes this action from the Superior Court for the State of California, County of Los Angeles to the United States District Court for the Central District of California. The removal is made pursuant to 28 U.S.C. § 1446(a), on the facts set forth below:

1. The CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT are Defendants in a civil action filed in the Superior Court of the State of California, County of Los Angeles entitled *Aubry Henry, etc., v. City of Los Angeles, et al.,* Superior Court Case No. BC 504272. Plaintiff filed her Complaint on March 28,

1

1   2013.  A true and correct copy of Plaintiff's Complaint is attached as Exhibit 1 and

2   includes the Summons, Civil Case Cover Sheet, Civil Case Cover Sheet Addendum and

3   Statement of Location, Notice of Case Assignment - Unlimited Civil Personal Injury

4   Case, and General Order.

5        2.  This action meets the original jurisdiction requirements of 28 USC § 1441(a)

6   and is removable by Defendants pursuant to 28 USC § 1446(a).  A case is removable

7   from state to federal court if the action could have been originally commenced in federal

8   court.  28 USC § 1441(a); *Grubbs v. General Electric Credit Corp.*, 405 US 699, 702

9   (1972).  The propriety of removal is determined at the time the petition for removal is

10  filed by reference to the plaintiff's complaint filed in state court.  *La Chemise Lacoste v.*

11  *Alligator Co.,* 506 F.2d 339, 343-344 (3d Cir. 1974).  When the complaint states a claim

12  invoking the original jurisdiction of the federal court, the action is removable.  *Id*.  Under

13  the Judicial Code, federal district courts have original jurisdiction over all actions brought

14  under 42 USC § 1983.  See, 28 USC § 1343(a)(3).  Moreover, the Code confers original

15  jurisdiction in the district courts over all actions involving federal questions.  See, 28

16  USC § 1331.

17       3.  The gravamen of this action is the federal civil rights claim set forth in the first

18  cause of action of Plaintiff's Complaint.  This claim confers original jurisdiction to this

19  Court.

20       4.  State claims are also asserted in the second through fourth causes of action of

21  Plaintiff's Complaint.  When an action originally filed in state court is removed to federal

22  court, the federal tribunal has jurisdiction to determine not only the federal claims but all

23  pendent state claims which derive "from a common nucleus of operative fact."  *United*

24  *Mine Workers v. Gibbs,* 383 U.S. 715, 725, 86 S. Ct. 1130, 16 L. Ed. 2d 218 (1966).

25       5.  Defendants CITY OF LOS ANGELES and LOS ANGELES POLICE

26  DEPARTMENT were served with Plaintiff's Complaint on April 2 and April 4, 2013,

27  respectively, and consent to this removal.  (See Declaration of Christian Bojorquez)

28  Moreover, other than the persons identified in the caption as "DOES 1 through 20", there

1  are no other named defendants in this lawsuit. Therefore, there is no other party which
2  Defendants need to obtain the consent of in order to remove this case. (*Id.*)

3       A defendant filing a removal petition only has to get the consent of or seek the
4  joinder of "all then served defendants." *Getty Oil Corp. v. Ins. Co. of North America*,
5  841 F.2d 1254 (5th Cir. 1988); *Salveson v. Western States Bankcard Ass'n*, 731 F.2d
6  1423, 1429 (9th Cir. 1984) (holding that defendants not served at the time a first-served
7  defendant files its removal petition need not be joined in the notice of removal). Thus,
8  defendants who have not been served when the removal petition is filed need not join in
9  it. *Id.* (citing *Pullman Co. v. Jenkins*, 305 U.S. 534, 59 S. Ct. 347, 83 L. Ed. 334 (1939);
10 *Lewis v. Rego Co.*, 757 F.2d 66, 68-69 (3d Cir. 1985).)

11      6. This Notice of Removal is therefore filed with this Court within 30 days after
12 Defendant CITY OF LOS ANGELES was served with a copy of the Plaintiff's Complaint
13 on April 2, 2013. (See Declaration of Christian Bojorquez)

14      7. The Notice of Removal is being filed in this Court and in the Superior Court
15 of the State of California, County of Los Angeles.

16      WHEREFORE, the above-entitled action, now pending in the Superior Court of
17 the State of California, County of Los Angeles, is removed to the United States District
18 Court for the Central District of California.

19 DATED:  May 2, 2013

Respectfully submitted,

20
21 **CARMEN TRUTANICH**, City Attorney
   **GARY G. GEUSS**, Chief Assistant City Attorney
21 **CORY M. BRENTE**, Assistant City Attorney
22
23 By _____
24 **Christian Bojorquez**, Deputy City Attorney

25 Attorneys for Defendants CITY OF LOS ANGELES and
   LOS ANGELES POLICE DEPARTMENT
26
27
28

3

## DECLARATION OF CHRISTIAN BOJORQUEZ

I, **CHRISTIAN BOJORQUEZ**, do hereby declare I have personal knowledge of the facts set forth in this declaration and if called as a witness in this case, I could and would competently testify as follows:

1. I am a Deputy City Attorney for the City of Los Angeles. In that capacity, I have been assigned to assist in representing Defendants CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT in the case of *Audry Henry, etc. v. City of Los Angeles, et al.*, Los Angeles Superior Court Case No. BC 504272, now pending in the Los Angeles Superior Court.

2. Attached as Exhibit 1 is a true and correct copy of Plaintiff's Complaint, which includes the Summons, Civil Case Cover Sheet, Civil Case Cover Sheet Addendum and Statement of Location, Notice of Case Assignment - Unlimited Civil Personal Injury Case, and General Order.

3. The CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT were served with Plaintiff's Complaint on April 2 and April 4, 2013, respectively, and consent to this removal. Attached as Exhibit 2 is a true and correct copy of the summons for the CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT.

4. Other than the persons identified in the caption as "DOES 1 through 20", there are no other named defendants in this lawsuit. Therefore, there is no other party which Defendants need to obtain the consent from in order to remove this case.

5. This Notice of Removal is therefore filed with this Court within 30 days after the CITY OF LOS ANGELES was served with a copy of the Summons and Complaint on

/////

/////

/////

4

1  April 2, 2013.

2       This Notice of Removal is being filed in this Court and in the Los Angeles

3  Superior Court.  I declare under penalty of perjury pursuant to the laws of the United

4  States of America the foregoing is true and correct.

5       Executed on May 2, 2013, at Los Angeles, California.

6

7  _____

8       **CHRISTIAN BOJORQUEZ**, Declarant

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Ronald Gold, State Bar No. 52416
2  Law Offices of Ronald Gold
3  20058 Ventura Boulevard, Suite 59
   Woodland Hills, California 91364
4  Telephone: (818) 610-8335
   Facsimile: (818) 610-8334
5
   *Attorneys for Plaintiff*
6

CONFORMED COPY
ORIGINAL FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

MAR 2 8 2013

John A. Clarke, Executive Officer/Clerk
BY _Cristina Ghiralva_ /Deputy
Cristina Ghiralva

7
8
9
                    SUPERIOR COURT OF CALIFORNIA
10
                        COUNTY OF LOS ANGELES
11
12
13  AUDRY HENRY, Individually, and as        Case No.:    **BC504272**
    surviving parent of MARLAND
14  ANDERSON,                                COMPLAINT FOR:
15          Plaintiff,                       1.    Violation of Civil Rights (42 U.S.C.
16                                                 §1983);
                    vs.                      2.    Wrongful Death;
17  CITY OF LOS ANGELES, a Municipal         3.    Assault and Battery; and
    Corporation; LOS ANGELES POLICE         4.    Negligence.
18  DEPARTMENT, and DOES 1 through 20,
19          Defendants.
20
21
22
23

24      Plaintiff, Audrey Henry, Individually and as Surviving Parent of Marland Anderson

25  ("Plaintiff"), hereby alleges the following:

26                              **PARTIES**

27      1.      At all times mentioned herein, Plaintiff AUDRY HENRY ("HENRY"), Individually

28

BY FAX

                                    1
                        COMPLAINT FOR DAMAGES

EXHIBIT ___1___ PAGE ___6___

1  and as Surviving Parent of Marland Anderson, was and is a citizen of the United States.  HENRY is

2  the surviving mother of Marland Anderson.

3

4  2.    At all times mentioned herein, Defendant CITY OF LOS ANGELES ("CITY") was

5  and is a political subdivision of the state of California created and existing under and by virtue of

6  the laws of the State of California.   Defendant CITY is a public entity and is a person subject to suit

7  within the meaning of 42 U.S.C. & 1983, 42 U.S.C. 1988 and under California Government Code &

8  815.2 (a).

9

10  3.    At all times mentioned herein, Defendant Los Angeles Police Department ("LAPD")

11  was and now is a division of Defendant CITY.

12

13  4.    At all time mentioned herein, Defendants DOES 1 through 20, inclusive, were and

14  now are duly appointed and acting Police Officers in the employ of the County and/or City of Los

15  Angeles . In doing the acts hereafter described, Defendants, and each of them , were acting in their

16  capacities as police officers and employees of Defendant CITY and in doing the acts hereinafter

17  described, acted within the course and scope of their employment.

18

19  5.    At all times mentioned herein, Defendants, DOES 1 through 20 were duly appointed

20  and acting Los Angeles Police Officers in the employ of the City of Los Angeles charged with the

21  responsibility of training and supervising Defendant CITY and Does 1 through10 and in doing the

22  acts herein described Does 1 through 10 were acting with the implied and actual permission and

23  consent of Defendant CITY, and defendants 11 through 20 inclusive and each of them.

24

25  6.    In doing the acts hereinafter described , defendants, City and DOES 1 through 20

26  inclusive, and each of them acted within the course and scope of their employment.

27

28  7.    The true names and capacities of does 1 through 20, inclusive are unknown to

---

2

COMPLAINT FOR DAMAGES

EXHIBIT 1 PAGE 7

Plaintiff at this time, who therefore sues said defendants by such fictitious names, and when the true names and capacities of said defendants are ascertained, Plaintiff will amend the complaint accordingly.

8.      Plaintiff is informed and believes and thereon alleges that each of the defendants designated herein as a Doe is responsible in some manner for the events and happenings herein referred to , and caused injuries and damages proximately thereto Plaintiff as herein alleged.

## PRELIMINARY ALLEGATIONS

9.      On or about April 24, 2012, Plaintiff caused to be presented to the Defendant CITY a claim for damages sustained as a result of the incident herein set forth . A copy of the Claim was received and acknowledged by the CITY and stamped received by the city Clerk on April 24, 2012. A copy of that claim is attached and incorporated herein by reference as Exhibit A.

10.     The claim has been rejected by operation of law by the Defendant CITY.

11.     All of the events and happenings set forth in this complaint occurred in the City of Los Angeles, County of Los Angeles State of California.

12.     At all times herein mentioned, each and every defendant had the legal duty to oversee and supervise the hiring, conduct, employment, and discipline of each and every other defendant herein.

13.     Plaintiff was the mother and survivor of decedent, Marland Anderson ("Decedent"), an African American male who at all times herein resided in the City and County of Los Angeles.

14.     Decedent died as a result of the wrongful act, excessive force in using instruments and or negligence of Defendant LAPD and DOES 1 through 20 on or about April 9, 2012.

15.     Decedent was a well established  movie actor with a career of more than 19 years

---

3

COMPLAINT FOR DAMAGES

EXHIBIT  1  PAGE  8

1   who provided the necessities of life to his mother.

2   16.     On or about April 9, 2012 at approximately 3:00 to 4:00 a.m., paramedics were

3
4   called to Decedent's residence located on Desoto Avenue because Decedent was suffering a medical

5   emergency.   The arriving paramedics called for assistance from LAPD.  The LAPD officers arrived

6   and in the process of assisting Decedent and transporting him to the hospital, used excessive force

7   on Decedent in spite of being on notice of his infirm condition.   The LAPD officers repeatedly used

8
9   an electronic device to shock and tase Decedent until he was rendered comatose and subsequently

10  died.

11      17.     By reason of the aforementioned wrongful acts of Defendants, Plaintiff's son

12
13  incurred substantial physical injuries, medical expenses and suffered death, thereby destroying their

14  relationship, and related society, comfort, protection and support.

15          **FIRST CAUSE OF ACTION**

16      **VIOLATION OF CIVIL RIGHTS (42 U.S.C. §1983)**

17
18          (Against all Defendants and Defendant DOES 1 to 20)

19      18.     Plaintiff incorporates by reference herein paragraphs 1 through 17 of this complaint.

20      19.     Each and all of the acts of Defendant LAPD and its officers, Defendant CITY and

21
22  DOES 1 through 20, Inclusive, as set forth herein, were done by these defendants under the color

23  and pretense of the status, ordinances, regulations, customs and usages of the State of California,

24  County of Los Angeles, and by virtue of and under the authority of their positions and Deputy

25  Sheriffs officers and Los Angeles Police Officers of the County of Los Angeles, City of Los

26  Angeles, and State of California.

27

28      20.     This action arises under the United States Constitution, particularly under the

4

COMPLAINT FOR DAMAGES

EXHIBIT   1   PAGE   9

provisions of the Fourteenth Amendment to the Constitution, and under the laws of the United States, particularly under Title42 of the U.S. Code Sections 1983 and 1988.

21.     Plaintiff is a United States citizen of African American heritage.

22.     As a direct and proximate result of Defendants' conduct complained of herein, Decedent suffered severe excruciated pain, mental distress, agony, anguish, fear of his life and ultimately his death.

23.     Because of Defendants' conduct complained of herein, Decedent was subjected to deprivation by Defendants and DOES 1 through 20, under color of law and statutes, ordinances, regulations, customs and usages of the County of Los Angeles and State of California, of rights, privileges and immunities secured to them buy the Constitution and laws of the United States and particularly (a) His right to be free in his person against unreasonable seizure; (b) His right to be free from infliction of cruel and unusual punishment; and (c) His right not to be deprived of life, liberty and property without due process of law, all to his damages, in a sum according to proof.

24.     Defendants, CITY, LAPD and DOES 1 through 20, acted wilfully, maliciously, intentionally, oppressively and in reckless disregard of the possible consequences of their conduct and accordingly, Plaintiff is entitled to and hereby demands punitive and exemplary damages for sake of making an example of and by way of punishing Defendants in a sum within the jurisdiction of the Superior Court.

25.     By virtue of the provisions of 42 U.S.C. Section 1988, Plaintiff is entitled to and demands an award of reasonable attorneys fees according to proof.

EXHIBIT ___1___ PAGE __10__

## SECOND CAUSE OF ACTION

### WRONGFUL DEATH

(Against all Defendants and Defendant DOES 1 to 20)

26.     Plaintiff incorporates by reference herein paragraphs 1 through 25 of this complaint.

27.     Plaintiff is the surviving heir of and successor in interest to the decedent, Marland Anderson, and does hereby bring any and all Wrongful Death causes of action pursuant to California Code of Civil Procedure, § 377.60 and California Probate Code § 6402(b).

28.     The wrongful conduct of Defendants' conduct complained of herein caused the death of Plaintiff's son.

29.     As a result of the death of her son, Plaintiff was deprived of the love, companionship, comfort, affection, support, and society of her decedent.

30.     Plaintiff is entitled to recover economic and non-economic damages against Defendants for the wrongful death proximately caused by Defendants' wrongful conduct as described herein.

### THIRD CAUSE OF ACTION

### ASSAULT AND BATTERY

(Against all Defendants and Defendant DOES 1 to 20)

31.     Plaintiff incorporates by reference herein paragraphs 1 through 30 of this complaint.

32.     Defendants CITY, LAPD and DOES 1 to 20, inclusive, caused Plaintiff's son to be assaulted and injured.

33.     By reason of the aforementioned acts of Defendants and DOES 1 to 20, Plaintiff's son was placed in great fear for his life and physical well being.

COMPLAINT FOR DAMAGES

EXHIBIT____/____ PAGE ___//

34.    All of the aforementioned acts of Defendants and DOES 1 to 20 were done and committed and caused by Defendants with malice and ill will and with the intent and design of injuring and oppressing Plaintiff's son and for that reason, Plaintiff is entitled to ans asks for exemplary and punitive damages against Defendants and DOES 1 to 20.

## FOURTH CAUSE OF ACTION

### NEGLIGENCE

(Against All Defendants and Defendant DOES 1 to 20)

35.    Plaintiff incorporates by reference herein paragraphs 1 through 34 of this complaint.

36.    Because of the negligence of Defendants, and each of them, as described herein, and the fright thereby caused to Plaintiff's son, as herein alleged, Plaintiff's son, Marland Anderson, sustained injuries to his body and nervous system, including mental and physical injury, pain and suffering and death, all to his general damage in a sum not fully ascertained by within the jurisdiction of the Superior Court and expense according to proof; loss of earnings and loss of property, according to proof.

//

//

//

//

//

//

//

//

7

COMPLAINT FOR DAMAGES

EXHIBIT  1  PAGE  12

# EXHIBIT "A"

EXHIBIT 1 PAGE 13

FORM CONT. 110-A (Rev. 7/87)

## CLAIM FOR DAMAGES
### TO PERSON OR PROPERTY

RESERVE FOR FILING STAMP
CLAIM NO.

BY CITY CLERK

DEPUTY

2012 APR 24 PM 2: 56

CITY CLERK'S OFFICE

#### INSTRUCTIONS

1. Claims for death, injury to person or to personal property must be filed not later than six months after the occurrence. (Gov. Code Sec. 911.2).
2. Claims for damages relating to any other type of occurrence must be filed not later than one year after the occurrence. (Gov. Code Sec. 911.2).
3. Read entire claim before filing. Claim can be mailed or filed in person. No faxes accepted.
4. See Page 3 for diagram upon which to locate place of accident.
5. This claim form must be signed on Page 3 at bottom.
6. Attach separate sheets, if necessary, to give full details. SIGN EACH SHEET.
7. Fill out in duplicate. ONE COPY TO BE RETAINED BY CLAIMANT.
8. Claim must be filed with CITY CLERK. (Gov. Code Sec. 915A)
   200 NORTH SPRING STREET, ROOM 395, CITY HALL, LOS ANGELES, CA 90012

TO: CITY OF LOS ANGELES

| Name of Claimant | | Age of Claimant |
|---|---|---|
| Audry Henry | | Majority |

| Home address of Claimant | City, State and Zip Code | Home Telephone Number |
|---|---|---|
| 5048 39th Street, NE | Tacoma, WA 98184 | 253 925-2091 |

| Business address of Claimant | City, State and Zip Code | Business Telephone Number |
|---|---|---|
| | | 206 661-6185 |

Give address to which you desire notices or communications to be sent regarding this claim:

Ron Gold, Esq., OLDMAN, COOLEY, SALLUS GOLD, 16133 Ventura Blvd. PH-A, Encino, CA 91436

How did DAMAGE or INJURY occur? Please include as much detail as possible.

LAPD Officers used excessive force during the transportation of Claimant's son Marland Anderson to Northridge Hospital, causing his death.

When did DAMAGE or INJURY occur? Please include the date and time of the damage or injury.

4/9/2012 between the approximate hours of 3:00 a.m. and 4:00 a.m.

Where did DAMAGE or INJURY occur? Please describe fully, and locate on the diagram on the reverse side of this sheet. Where appropriate, please give street names and addresses or measurements from specific landmarks:

During transportation from Marland Anderson's home at 8561 DeSoto Avenue, Canoga Park, CA to Northridge Hospital. Exact location unknown.

What particular ACT or OMISSION do you claim caused the injury or damage? Please give names of City employees causing the injury or damage and identify any vehicles involved by license plate number, if known.

Unknown LAPD Officers repeatedly and unreasonably shocked Marland Anderson's body using a Tazer weapon to "discipline" him, causing him to go into cardiac arrest and ultimately die.

Please list names and address of Witnesses, Doctors and Hospitals:

Vanessa Belmont, 8561 DeSoto Avenue, Canoga Park, CA; unknown LAPD Officers and personnel at Northridge Hospital

SEE PAGE 3                                    THIS CLAIM MUST BE SIGNED AT BOTTOM

**PAGE 2**

EXHIBIT 1 PAGE 14

What DAMAGE or INJURIES do you claim resulted? Please give full extent of injuries or damages claimed:
Brain and kidney damage resulting in coma and death.

What is the AMOUNT of your claim? Please itemize your damages:
General Damages: $25,000,000;
Medical Expenses: $    500,000 (estimated. Bills have not been received)

If you have received any insurance payments, please give the names of the insurance companies:

None

For all accident claims please place on the following diagram the names of the streets where the accident occurred and the nearest cross-streets; indicate the place of the accident by an "X" and by showing the nearest address and distances to street-corners. Please indicate where North is on the diagram.

Note: If the diagram does not fit the situation, please attach your own diagram.



| Signature of Claimant or person filing on claimant's behalf giving relationship to claimant: | Print Name: | Date: |
|---|---|---|
| | Ron Gold; Attorney for Claimant | April 20, 2012 |

PAGE 3

EXHIBIT    1    PAGE    15

# SUMMONS
## (CITACION JUDICIAL)

SUM-100

FOR COURT USE ONLY
(O PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:** CITY OF LOS ANGELES, a Municipal
*(AVISO AL DEMANDADO):* Corporation; LOS ANGELES POLICE
DEPARTMENT, and DOES 1 through 20

CONFORMED COPY
ORIGINAL FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

MAR 28 2013

John A. Clarke, Executive Officer/Clerk
By Cristina Grijalva, Deputy
Cristina Grijalva

**YOU ARE BEING SUED BY PLAINTIFF:** AUDRY HENRY;
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* Individually, and
as surviving parent of MARLAND ANDERSON,

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is: *(El nombre y dirección de la corte es):* LOS ANGELES SUPERIOR COURT 111 North Hill Street 111 North Hill Street Los Angeles, CA 90012 | **CASE NUMBER:** *(Número del Caso):* BC 504272 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
RONALD GOLD, ESQ., SBN: 52416
Law Offices of Ron Gold
20058 Ventura Boulevard
Woodland Hills, CA 91364

| DATE: *(Fecha):* | John A. Clarke | Clerk, by | CRISTINA GRIJALVA | , Deputy |
|---|---|---|---|---|
| | | *(Secretario)* | | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL]
MAR 28 2013

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 465

EXHIBIT 1 PAGE 16

2013 APR 02   PM 2:54   CITY CLERK'S OFFICE
BY   CITY CLERK   POS   DEPUTY

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address):
RONALD GOLD, ESQ. SBN: 52416
Law Offices of Ron Gold
20058 Ventura Boulevard
Suite 59
Woodland Hills, CA  91364

TELEPHONE NO.:                     FAX NO.:

ATTORNEY FOR (Name): Plaintiff

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: 111 North Hill Street
CITY AND ZIP CODE: Los Angeles, CA  90012
BRANCH NAME: Central District

CASE NAME:  HENRY v. CITY OF LOS ANGELES, et al.

FOR COURT USE ONLY

CONFORMED COPY
ORIGINAL FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

MAR 28 2013

John A. Clarke, Executive Officer/Clerk

BY Cristina Grijalva, Deputy

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [X] Unlimited  [ ] Limited (Amount demanded exceeds $25,000) (Amount demanded is $25,000 or less) | [ ] Counter  [ ] Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | BC504272  JUDGE:  DEPT: |

Items 1–6 below must be completed (see instructions on page 2).

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[X] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. [ ] Large number of separately represented parties       d. [ ] Large number of witnesses
b. [ ] Extensive motion practice raising difficult or novel   e. [ ] Coordination with related actions pending in one or more courts
issues that will be time-consuming to resolve              in other counties, states, or countries, or in a federal court
c. [ ] Substantial amount of documentary evidence          f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive

4. Number of causes of action (specify): 4

5. This case [ ] is [X] is not a class action suit.

6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: March 28, 2013

RONALD GOLD, ESQ.
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

CIVIL CASE COVER SHEET

Legal
Solutions
Plus

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

BY FAX

EXHIBIT 1 PAGE 17

INSTRUC... NS ON HOW TO COMPLETE THE COVE... HEET                CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

CASE TYPES AND EXAMPLES

**Auto Tort**
  Auto (22)—Personal Injury/Property
    Damage/Wrongful Death
  Uninsured Motorist (46) (*if the
    case involves an uninsured
    motorist claim subject to
    arbitration, check this item
    instead of Auto*)
**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
  Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
      Wrongful Death
  Product Liability (*not asbestos or
    toxic/environmental*) (24)
  Medical Malpractice (45)
    Medical Malpractice—
      Physician & Surgeons
    Other Professional Health Care
      Malpractice
  Other PI/PD/WD (23)
    Premises Liability (e.g., slip
      and fall)
    Intentional Bodily Injury/PD/WD
      (e.g., assault, vandalism)
    Intentional Infliction of
      Emotional Distress
    Negligent Infliction of
      Emotional Distress
    Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
  Business Tort/Unfair Business
    Practice (07)
  Civil Rights (e.g., discrimination,
    false arrest) (*not civil
    harassment*) (08)
  Defamation (e.g., slander, libel)
    (13)
  Fraud (16)
  Intellectual Property (19)
  Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
      (*not medical or legal*)
  Other Non-PI/PD/WD Tort (35)
**Employment**
  Wrongful Termination (36)
  Other Employment (15)

**Contract**
  Breach of Contract/Warranty (06)
    Breach of Rental/Lease
      Contract (*not unlawful detainer
      or wrongful eviction*)
    Contract/Warranty Breach—Seller
      Plaintiff (*not fraud or negligence*)
    Negligent Breach of Contract/
      Warranty
    Other Breach of Contract/Warranty
  Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case—Seller Plaintiff
    Other Promissory Note/Collections
      Case
  Insurance Coverage (*not provisionally
    complex*) (18)
    Auto Subrogation
    Other Coverage
  Other Contract (37)
    Contractual Fraud
    Other Contract Dispute
**Real Property**
  Eminent Domain/Inverse
    Condemnation (14)
  Wrongful Eviction (33)
  Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property (*not eminent
      domain, landlord/tenant, or
      foreclosure*)
**Unlawful Detainer**
  Commercial (31)
  Residential (32)
  Drugs (38) (*if the case involves illegal
    drugs, check this item; otherwise,
    report as Commercial or Residential*)
**Judicial Review**
  Asset Forfeiture (05)
  Petition Re: Arbitration Award (11)
  Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
      Case Matter
    Writ–Other Limited Court Case
      Review
  Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor
      Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
  Antitrust/Trade Regulation (03)
  Construction Defect (10)
  Claims Involving Mass Tort (40)
  Securities Litigation (28)
  Environmental/Toxic Tort (30)
  Insurance Coverage Claims
    (*arising from provisionally complex
    case type listed above*) (41)
**Enforcement of Judgment**
  Enforcement of Judgment (20)
    Abstract of Judgment (Out of
      County)
    Confession of Judgment (*non-
      domestic relations*)
    Sister State Judgment
    Administrative Agency Award
      (*not unpaid taxes*)
    Petition/Certification of Entry of
      Judgment on Unpaid Taxes
    Other Enforcement of Judgment
      Case
**Miscellaneous Civil Complaint**
  RICO (27)
  Other Complaint (*not specified
    above*) (42)
    Declaratory Relief Only
    Injunctive Relief Only (*non-
      harassment*)
    Mechanics Lien
    Other Commercial Complaint
      Case (*non-tort/non-complex*)
    Other Civil Complaint
      (*non-tort/non-complex*)
**Miscellaneous Civil Petition**
  Partnership and Corporate
    Governance (21)
  Other Petition (*not specified
    above*) (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult
      Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief from Late
      Claim
    Other Civil Petition

EXHIBIT ___1___ PAGE _18_

| SHORT TITLE: HENRY v. CITY OF LOS ANGELES, et al. | CASE NUMBER<br>BC504272 |
|---|---|

## CIVIL CASE COVER SHEET ADDENDUM AND
## STATEMENT OF LOCATION
## (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

> This form is required pursuant to Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.

**Item I.** Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? ☑ YES   CLASS ACTION? ☐ YES   LIMITED CASE? ☐ YES   TIME ESTIMATED FOR TRIAL 5___ ☐ HOURS/ ☑ DAYS

**Item II.** Indicate the correct district and courthouse location (4 steps – if you checked "Limited Case", skip to Item III, Pg. 4):

**Step 1:** After first completing the Civil Case Cover Sheet form, find the main Civil Case Cover Sheet heading for your case in the left margin below, and, to the right in Column A, the Civil Case Cover Sheet case type you selected.

**Step 2:** Check **one** Superior Court type of action in Column **B** below which best describes the nature of this case.

**Step 3:** In Column C, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Local Rule 2.0.

> ### Applicable Reasons for Choosing Courthouse Location (see Column C below)

1. Class actions must be filed in the Stanley Mosk Courthouse, central district.
2. May be filed in central (other county, or no bodily injury/property damage).
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office

**Step 4:** Fill in the information requested on page 4 in Item III; complete Item IV. Sign the declaration.

| A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|
| **Auto Tort** — Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1., 2., 4. |
| **Other Personal Injury/Property Damage/Wrongful Death Tort** — Asbestos (04) | ☐ A6070  Asbestos Property Damage | 2. |
| | ☐ A7221  Asbestos - Personal Injury/Wrongful Death | 2. |
| Product Liability (24) | ☐ A7260  Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons | 1., 4. |
| | ☐ A7240  Other Professional Health Care Malpractice | 1., 4. |
| Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250  Premises Liability (e.g., slip and fall) | 1., 4. |
| | ☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1., 4. |
| | ☐ A7270  Intentional Infliction of Emotional Distress | 1., 3. |
| | ☑ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1., 4. |

**CIVIL CASE COVER SHEET ADDENDUM**
**AND STATEMENT OF LOCATION**

EXHIBIT __1__ PAGE __19__

| SHORT TITLE: HENRY v. CITY OF LOS ANGELES, et al. | CASE NUMBER |
|---|---|

| | A Civil Case Cover Sheet Category No. | B Type of Action (Check only one) | C Applicable Reasons - See Step 3 Above |
|---|---|---|---|
| **Non-Personal Injury/ Property Damage/ Wrongful Death Tort** | Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1., 3. |
| | Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | ☐ A6013  Fraud (no contract) | 1., 2., 3. |
| | Professional Negligence (25) | ☐ A6017  Legal Malpractice<br>☐ A6050  Other Professional Malpractice (not medical or legal) | 1., 2., 3.<br>1., 2., 3. |
| | Other (35) | ☐ A6025  Other Non-Personal Injury/Property Damage tort | 2., 3. |
| **Employment** | Wrongful Termination (36) | ☐ A6037  Wrongful Termination | 1., 2., 3. |
| | Other Employment (15) | ☐ A6024  Other Employment Complaint Case<br>☐ A6109  Labor Commissioner Appeals | 1., 2., 3,<br>10. |
| **Contract** | Breach of Contract/ Warranty (06)<br>(not insurance) | ☐ A6004  Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction)<br>☐ A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence)<br>☐ A6019  Negligent Breach of Contract/Warranty (no fraud)<br>☐ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 2., 5.<br>2., 5.<br>1., 2., 5.<br>1., 2., 5, |
| | Collections (09) | ☐ A6002  Collections Case-Seller Plaintiff<br>☐ A6012  Other Promissory Note/Collections Case | 2., 5., 6.<br>2., 5. |
| | Insurance Coverage (18) | ☐ A6015  Insurance Coverage (not complex) | 1., 2., 5., 8. |
| | Other Contract (37) | ☐ A6009  Contractual Fraud<br>☐ A6031  Tortious Interference<br>☐ A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 5.<br>1., 2., 3., 5.<br>1., 2., 3., 8. |
| **Real Property** | Eminent Domain/Inverse Condemnation (14) | ☐ A7300  Eminent Domain/Condemnation    Number of parcels_____ | 2. |
| | Wrongful Eviction (33) | ☐ A6023  Wrongful Eviction Case | 2., 6. |
| | Other Real Property (26) | ☐ A6018  Mortgage Foreclosure<br>☐ A6032  Quiet Title<br>☐ A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 6.<br>2., 6.<br>2., 6. |
| **Unlawful Detainer** | Unlawful Detainer-Commercial (31) | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-Residential (32) | ☐ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer- Post-Foreclosure (34) | ☐ A6020F Unlawful Detainer-Post-Foreclosure | 2., 6. |
| | Unlawful Detainer-Drugs (38) | ☐ A6022  Unlawful Detainer-Drugs | 2., 6. |

LACIV 109 (Rev. 03/11)  
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM**
**AND STATEMENT OF LOCATION**

Local Rule 2.0
Page 2 of 4

EXHIBIT __1__ PAGE __20__



| SHORT TITLE: HENRY v. CITY OF LOS ANGELES, et al. | CASE NUMBER |
|---|---|

| | | | |
|---|---|---|---|
| **Judicial Review** | Asset Forfeiture (05) | ☐ A6108 Asset Forfeiture Case | 2., 6. |
| | Petition re Arbitration (11) | ☐ A6115 Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |
| | Writ of Mandate (02) | ☐ A6151 Writ - Administrative Mandamus | 2., 8. |
| | | ☐ A6152 Writ - Mandamus on Limited Court Case Matter | 2. |
| | | ☐ A6153 Writ - Other Limited Court Case Review | 2. |
| | Other Judicial Review (39) | ☐ A6150 Other Writ /Judicial Review | 2., 8. |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ A6003 Antitrust/Trade Regulation | 1., 2., 8. |
| | Construction Defect (10) | ☐ A6007 Construction Defect | 1., 2., 3. |
| | Claims Involving Mass Tort (40) | ☐ A6006 Claims Involving Mass Tort | 1., 2., 8 |
| | Securities Litigation (28) | ☐ A6035 Securities Litigation Case | 1., 2., 8. |
| | Toxic Tort Environmental (30) | ☐ A6036 Toxic Tort/Environmental | 1., 2., 3., 8. |
| | Insurance Coverage Claims from Complex Case (41) | ☐ A6014 Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| **Enforcement of Judgment** | Enforcement of Judgment (20) | ☐ A6141 Sister State Judgment | 2., 9. |
| | | ☐ A6160 Abstract of Judgment | 2., 6. |
| | | ☐ A6107 Confession of Judgment (non-domestic relations) | 2., 9. |
| | | ☐ A6140 Administrative Agency Award (not unpaid taxes) | 2., 8. |
| | | ☐ A6114 Petition/Certificate for Entry of Judgment on Unpaid Tax | 2., 8. |
| | | ☐ A6112 Other Enforcement of Judgment Case | 2., 8., 9. |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033 Racketeering (RICO) Case | 1., 2., 8. |
| | Other Complaints (Not Specified Above) (42) | ☐ A6030 Declaratory Relief Only | 1., 2., 8. |
| | | ☐ A6040 Injunctive Relief Only (not domestic/harassment) | 2., 8. |
| | | ☐ A6011 Other Commercial Complaint Case (non-tort/non-complex) | 1., 2., 8. |
| | | ☐ A6000 Other Civil Complaint (non-tort/non-complex) | 1., 2., 8. |
| **Miscellaneous Civil Petitions** | Partnership Corporation Governance (21) | ☐ A6113 Partnership and Corporate Governance Case | 2., 8. |
| | Other Petitions (Not Specified Above) (43) | ☐ A6121 Civil Harassment | 2., 3., 9. |
| | | ☐ A6123 Workplace Harassment | 2., 3., 9. |
| | | ☐ A6124 Elder/Dependent Adult Abuse Case | 2., 3., 9. |
| | | ☐ A6190 Election Contest | 2. |
| | | ☐ A6110 Petition for Change of Name | 2., 7. |
| | | ☐ A6170 Petition for Relief from Late Claim Law | 2., 3., 4., 8. |
| | | ☐ A6100 Other Civil Petition | 2., 9. |

EXHIBIT ___1___ PAGE ___21___



| SHORT TITLE: HENRY v. CITY OF LOS ANGELES, et al. | CASE NUMBER |
|---|---|

Item III. Statement of Location: Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., **Step 3** on Page 1, as the proper reason for filing in the court location you selected.

| REASON: Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected for this case.  ☐1. ☑2. ☐3. ☐4. ☐5. ☐6. ☐7. ☐8. ☐9. ☐10. | ADDRESS: 8591 DeSoto Avenue |
|---|---|

| CITY: Canoga Park | STATE: CA | ZIP CODE: 91304 | |
|---|---|---|---|

Item IV. *Declaration of Assignment*: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the ___Unlimited___ courthouse in the ___Central___ District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., § 392 et seq., and Local Rule 2.0, subds. (b), (c) and (d)].

Dated: March 29 2013

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet, Judicial Council form CM-010.

4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 03/11).

5. Payment in full of the filing fee, unless fees have been waived.

6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

LACIV 109 (Rev. 03/11)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.0
Page 4 of 4

EXHIBIT _/_ PAGE _22_

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## NOTICE OF CASE ASSIGNMENT - UNLIMITED CIVIL PERSONAL INJURY CASE

Case Number _____ BC504272

### THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT

Your case is assigned for all purposes to the judicial officer indicated below (Local Rule 3.3(c)).

| ASSIGNED JUDGE | DEPT | ROOM | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|
| Hon. Rafael Ongkeko | 91 | 635 | | | |
| Hon. Amy D. Hogue | 92 | 633 | | | |
| Hon. Samantha P. Jessner | 93 | 631 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | Other | | |
| | | | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record on _____   JOHN A. CLARKE, Executive Officer/Clerk

By _____, Deputy Clerk

## NOTICE OF CASE ASSIGNMENT –
## UNLIMITED CIVIL PERSONAL INJURY CASE

Page 1 of 1

EXHIBIT _____ PAGE 83

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES

In re Personal Injury Cases Assigned to
Departments 91, 92 and 93

)   Case No.:  BC504272
)
)   GENERAL ORDER
)
)
)

TO EACH PARTY AND TO THE ATTORNEY OF RECORD FOR EACH PARTY:

Pursuant to the California Code of Civil Procedure, the California Rules of Court, and

the Los Angeles County Court Rules, the COURT HEREBY GENERALLY ORDERS AS

FOLLOWS IN THIS ACTION:

1.     Plaintiff(s) is/are ordered to serve a copy of this General Order and the General Order

- Final Status Conference on the Defendant(s) with copies of the summons and complaint and

to file proof of service, as mandated in this order.  (Code Civ. Proc., § 594, subd. (b).)

2.     The Court sets the following dates in this action, each in Department _____ at the

Stanley Mosk Courthouse, 111 North Hill Street, Los Angeles, CA 90012:

**FINAL STATUS CONFERENCE:**
- Date: ___9/15/14___ at 10:00 a.m.

**TRIAL DATE:**
- Date: ___9/29/14___ at 8:30 a.m.

**OSC re DISMISSAL (Code Civ. Proc., § 583.210) DATE:**
- Date: ___3/28/16___ at 8:30 a.m.

(Cal. Rules of Court, rules 3.714(b)(3) & 3.729).

GENERAL ORDER - 1          EXHIBIT  1  PAGE  24

## SERVICE OF SUMMONS AND COMPLAINT

3.     The summons and complaint shall be served upon a defendant within <u>three (3) years</u> after the complaint is filed in this action. (Code Civ. Proc., § 583.210, subd. (a).)  Failure to comply may result in dismissal, without prejudice, of the action, as to all unserved parties who have not been dismissed as of that date.  (Code Civ. Proc., § 581, subd. (b)(4).)  The Court has scheduled an OSC re Dismissal regarding the dismissal of any unserved party for the date and time set forth above.

4.     The trial date set forth above is conditioned on the defendant(s) being served with the summons and complaint within six (6) months of the filing of the complaint.  The trial date will be continued to a later date if service is not accomplished within six (6) months. The parties may stipulate to keep the original trial date even if service of the summons and complaint is not completed within six (6) months of the filing of the original complaint.

## NO CASE MANAGEMENT CONFERENCE

5.     No case management conference will be conducted in a Personal Injury case.

## LAW AND MOTION

### Courtesy Copies Required

6.     Parties are required to submit courtesy copies of each filed document at least three court dates before the hearing date.  Courtesy copies should be identified and submitted directly to the courtroom.  Original documents should be filed in Room 102 of the Stanley Mosk Courthouse.

### Reservation of Hearing Date

7.     Motions will require parties to reserve a hearing date by calling the courtroom.  All motions should be filed in Room 102 of the Stanley Mosk Courthouse.

**Withdrawal of Motion**

8.      Pursuant to California Rules of Court, rule 3.1304(b), the moving party must notify the court if a matter will not be heard on the scheduled date.

**Ex Parte Applications**

9.      Ex parte applications should be noticed for 8:30 a.m.

**Discovery Motions**

10.     To expedite the discovery process, counsel are encouraged to enter into a "Stipulation – Discovery Resolution." The "Stipulation – Discovery Resolution" form is available on-line at www.lasuperiorcourt.org, at "Tools for Litigators - Voluntary Efficient Litigation Stipulations."

11.     No discovery motion, other than a motion to compel where there has been no response, shall be filed or heard unless the moving party contacts the courtroom to schedule an informal discovery conference.

**REQUEST FOR TRANSFER TO INDEPENDENT CALENDAR DEPARTMENT**

12.     Parties seeking to transfer from a Personal Injury Department to an Independent Calendar Department shall properly file and serve the Court's "Motion to Transfer Complicated Personal Injury Case to Independent Calendar Court."

13.     An opposition should be filed in Room 102 of the Stanley Mosk Courthouse, using the same form, and served within five (5) days of the filing and service of the Request for Transfer.

14.     Unless otherwise ordered, no hearing date will be set in these matters.

15.     The court will not transfer a case to an Independent Calendar Department upon stipulation alone.

**STIPULATIONS**

16.     The court will continue a trial date, or the hearing of any motion or demurrer, when all attorneys of record and/or parties who have appeared in the action stipulate in writing to such continuance.   The stipulation should be filed in Room 102 of the Stanley Mosk Courthouse with the required filing fees on or before 5 days before the hearing date or trial. (Code Civ. Proc., § 595.2 and Govt. Code § 70617, subd. (c)(2).)

**GENERAL ORDER -- FINAL STATUS CONFERENCE**

17.     Parties shall comply with the requirements set forth in the Personal Injury Departments "General Order – Final Status Conference," which shall be served with the summons and complaint.

**JURY FEES**

18.     The jury fee shall be due no later than 365 calendar days after the filing of the initial complaint. (Code Civ. Proc., § 631, subds. (b) and (c).)

**SANCTIONS**

19.     Violation of this order may result in the imposition of sanctions as authorized by law. (Code Civ. Proc. §§ 128.7, 187 and Gov. Code, § 68608, sub. (b).)

Dated: March 18, 2013          By: _____
                                    Judge of the Superior Court

---

**GENERAL ORDER -- FINAL STATUS CONFERENCE**
**PERSONAL INJURY DEPARTMENTS**
**LOS ANGELES SUPERIOR COURT**

---

The date for Trial having been set in this matter, the COURT ORDERS AS FOLLOWS:

## 1.   MEET AND CONFER

In preparation for the Final Status Conference, the parties shall meet and confer and jointly prepare the Trial Readiness Documents to be filed and lodged with the court. The parties shall also work to reach stipulations to ultimate facts, legal issues, motions in limine and the authenticity/admissibility of exhibits.

## 2.   EXHIBIT BINDERS

The parties shall jointly prepare, and lodge at the Final Status Conference, three sets of tabbed, internally paginated and properly marked exhibits, organized numerically in three-ring binders (a set for the court, the Judicial Assistant and the witnesses). The parties shall mark non-documentary exhibits and insert a simple written description of the exhibit behind the corresponding numerical tab in the exhibit binder.

## 3.   TRIAL READINESS DOCUMENTS

At least 5 calendar days prior to the Final Status Conference, the parties shall serve and file (in Room 102 of the Stanley Mosk Courthouse) the following Trial Readiness Documents:

### A.   TRIAL BRIEFS

Each party shall file a trial brief succinctly identifying:
    (1) the claims and defenses subject to litigation;
    (2) the major legal issues (with supporting points and authorities);
    (3) the relief claimed and calculation of damages sought; and
    (4) any other information that may assist the court at trial.

### B.   MOTIONS *IN LIMINE*

Before filing motions *in limine*, the parties shall comply with the statutory notice provisions of Code of Civil Procedure Section 1005 and the requirements of Local Rule 3.57(a). The caption of each motion *in limine* shall concisely identify the subject of the motion and designate the specific evidence sought to be precluded. Parties filing more than one motion *in limine* shall number them consecutively. Parties filing opposition papers shall identify, in the caption, the number of each motion to which it responds.

1


EXHIBIT 1 PAGE 28

## 5.   COMPLIANCE

The court has discretion to impose SANCTIONS for any party's failure, without good cause, to timely submit any item required in this order. The court's SANCTIONS may include monetary sanctions, exclusion of evidence, issue preclusion, denial of a claim or defense, dismissal and/or default.

Dated: March 18, 2013

_Daniel J. Buckley_
Judge of the Superior Court

3

EXHIBIT _1_ PAGE _29_

# SUMMONS
## (CITACION JUDICIAL)

SUM-100

FOR COURT USE ONLY
(O PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:** CITY OF LOS ANGELES, a Municipal
**(AVISO AL DEMANDADO):** Corporation; LOS ANGELES POLICE
DEPARTMENT, and DOES 1 through 20

CONFORMED COPY
ORIGINAL FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

MAR 28 2013

John A. Clarke, Executive Officer/Clerk
BY Cristina Grijalva, Deputy
Cristina Grijalva

**YOU ARE BEING SUED BY PLAINTIFF:** AUDRY HENRY;
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):** Individually, and
as surviving parent of MARLAND ANDERSON,

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| The name and address of the court is: (El nombre y dirección de la corte es): | CASE NUMBER: (Número del Caso): |
|---|---|
| LOS ANGELES SUPERIOR COURT<br>111 North Hill Street<br>111 North Hill Street<br>Los Angeles, CA 90012 | BC 504272 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
RONALD GOLD, ESQ., SBN: 52416
Law Offices of Ron Gold
20058 Ventura Boulevard
Woodland Hills, CA

DATE: John A. Clarke          Clerk, by CRISTINA GRIJALVA , Deputy
(Fecha)                       (Secretario)                  (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):
3. ☑ on behalf of (specify): CITY OF LOS ANGELES

under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
       ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
       ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
       ☑ other (specify): CCP 416.50 A PUBLIC ENTITY
4. ☐ by personal delivery on (date): 4/2/13

[SEAL]
MAR 28 2013

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 (Rev. July 1, 2009)

SUMMONS

Code of Civil Procedure §§ 412.20, 465

Legal
Solutions
by Plus

Page 1 of 1

EXHIBIT 2 PAGE 30

REFERRED TO CITY ATTORNEY
FOR DISPOSITION
M.V. @ 7:30 am

APR - 5 2013

**SUMMONS**
*(CITACION JUDICIAL)*

SUM-100

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:** CITY OF LOS ANGELES, a Municipal
*(AVISO AL DEMANDADO):* Corporation; LOS ANGELES POLICE
DEPARTMENT, and DOES 1 through 20

CONFORMED COPY
ORIGINAL FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

MAR 28 2013

John A. Clarke, Executive Officer/Clerk
BY Cristina Grijalva, Deputy

**YOU ARE BEING SUED BY PLAINTIFF:** AUDRY HENRY;
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* Individually, and
as surviving parent of MARLAND ANDERSON,

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

CASE NUMBER:
*(Número del Caso):* BC504272

LOS ANGELES SUPERIOR COURT
111 North Hill Street
111 North Hill Street
Los Angeles, CA  90012

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

RONALD GOLD, ESQ., SBN:  52416
Law Offices of Ron Gold
20058 Ventura Boulevard
Woodland Hills, CA  91364

DATE: John A. Clarke       Clerk, by CRISTINA GRIJALVA, Deputy
*(Fecha)*                  *(Secretario)*              *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]  MAR 28 2014

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* LOS ANGELES POLICE DEPARTMENT

under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
       ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
       ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
       ☒ other *(specify):* CCP 416.50  A PUBLIC ENTITY
4. ☒ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 (Rev. July 1, 2009)

**SUMMONS** 4/4/13

Code of Civil Procedure §§ 412.20, 465

Legal Solutions Plus

BY FAX

CITY CLERK'S OFFICE

EXHIBIT 2 PAGE 31

# PROOF OF SERVICE

I, RUTH PARKHURST, declare as follows:

At the time of service I was over 18 years of age and not a party to this action. My business address is 200 N. Main Street, 600 City Hall East, Los Angeles, CA 90012, which is the County, City and State where this mailing occurred.

On May 2, 2013 I served the document(s) described as:

## NOTICE OF REMOVAL OF ACTION
## UNDER 28 U.S.C. §§ 1441 (a) and 1446 (a)

on all interested parties in this action:

**COUNSEL FOR PLAINTIFF:**
***AUDRY HENRY, Individually, and***
***as surviving parent of MARLAND ANDERSON:***

Ronald Gold, Esq.
**LAW OFFICES OF RONALD GOLD**
20058 Ventura Boulevard, Suite 59
Woodland Hills, CA 91364
Tel: 818/610-8335
Fax: 818/610-8334

enclosed true copies of the document(s) in a sealed envelope or package addressed to the person(s) address(es) as above, and;

By United States Mail.

[X] placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

[ ] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[X] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 2, 2013, at Los Angeles, California.

RUTH PARKHURST

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Mariana R. Pfaelzer and the assigned discovery Magistrate Judge is Michael Wilner.

The case number on all documents filed with the Court should read as follows:

## CV13- 3151 MRP (MRWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

The United States District Judge assigned to this case will review all filed discovery motions and thereafter, on a case-by-case or motion-by-motion basis, may refer discovery related motions to the Magistrate Judge for hearing and determination

================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

(COPY)

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT C. CALIFORNIA
CIVIL COVER SHEET

| I. (a) PLAINTIFFS ( Check box if you are representing yourself ☐ ) | DEFENDANTS ( Check box if you are representing yourself ☐ ) |
|---|---|
| AUDRY HENRY, Individually, and as surviving parent of MARLAND ANDERSON, Plaintiff | CITY OF LOS ANGELES, a Municipal Corporation; LOS ANGELES POLICE DEPARTMENT, and DOES 1 through 20, |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) |
|---|---|
| Ronald Gold, Esq.<br>LAW OFFICES OF RONALD GOLD<br>2058 Ventura Boulevard, Suite 59<br>Woodland Hills, CA 91364<br>Tel: 818/610-8335 Fax: 818/610-8334 | Carmen A. Trutanich, City Attorney<br>Gary G. Geuss, Chief Asst. City Attorney<br>Cory M. Brente, Asst. City Attorney<br>Christian R. Bojorquez, Deputy City Attorney<br>200 N. Main St., 6th fl, Los Angeles, CA. 90012 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1. Original Proceeding  ☒ 2. Removed from State Court  ☐ 3. Remanded from Appellate Court  ☐ 4. Reinstated or Reopened  ☐ 5. Transferred from Another District (Specify)  ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes   ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No     ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C.§§ 1441(a) and 1446 (a)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☒ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | ☐ 230 Rent Lease & Ejectment | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

FOR OFFICE USE ONLY: Case Number: _____

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

VIII(a). IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed?  [X] NO  [ ] YES

If yes, list case number(s): _____

VIII(b). RELATED CASES: Have any cases been previously filed in this court that are related to the present case?  [X] NO  [ ] YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  [ ] A. Arise from the same or closely related transactions, happenings, or events; or

[ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or

[ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ] D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

IX. VENUE: (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.

[ ] Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District: * | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.

[ ] Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District: * | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
NOTE: In land condemnation cases, use the location of the tract of land involved.

| County in this District: * | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT): _____  DATE: May 02, 2013

Christian R. Bojorquez, Deputy City Atty

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

**PROOF OF SERVICE**

I, RUTH PARKHURST, declare as follows:

At the time of service I was over 18 years of age and not a party to this action.  My business address is 200 N. Main Street, 600 City Hall East, Los Angeles, CA  90012, which is the County, City and State where this mailing occurred.

On May 2, 2013 I served the document(s) described as:

**CIVIL COVER SHEET**

on all interested parties in this action:

**COUNSEL FOR PLAINTIFF:**
*AUDRY HENRY, Individually, and*
*as surviving parent of MARLAND ANDERSON*:

Ronald Gold, Esq.
**LAW OFFICES OF RONALD GOLD**
20058 Ventura Boulevard, Suite 59
Woodland Hills, CA 91364
Tel: 818/610-8335
Fax: 818/610-8334

enclosed true copies of the document(s) in a sealed envelope or package addressed to the person(s) address(es) as above, and;

By United States Mail.

[X] placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this business' practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

[ ] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[X] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 2, 2013,  at Los Angeles, California.

_____
RUTH PARKHURST