FILED
May 14, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AK___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDRY HENRY, Individually, and as surviving parent of MARLAND ANDERSON<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES a Municipal Corporation; LOS ANGELES POLICE DEPARTMENT, and DOES 1 through 20,<br><br>Defendants. | CASE NO.: CV13-03151 JAK (MRWx)<br><br>Assigned to: Judge John A. Kronstadt<br>Courtroom: 750 Roybal - 7th Floor<br><br>**SPECIAL VERDICT** |

1

1  WE, THE JURY, in the above-entitled action, find the following Special Verdict
2  on the following questions submitted to us:

### QUESTION NO. 1:

As to the Excessive/Unreasonable Force claim, has Plaintiff proved that any Defendant(s) used excessive/unreasonable force against Decedent Marland Anderson as described in this Court's jury instructions?

*Answer (check "yes" or "no"):*

| | Yes | No |
|---|---|---|
| PEDRO ZAMORA: | ____ | X |
| TIM WOLLECK: | ____ | X |
| GERALD WARD: | ____ | X |
| BRETT COHEN: | ____ | X |

- If you answered "yes" as to any individual in Question No. 1, go to Question 2.
- If you answered "no" as to all individuals in Question No. 1, please sign date and return this Verdict.

## **_QUESTION NO. 2:_**

As to the Excessive/Unreasonable Force claim, was the use of excessive/unreasonable force a cause of injury or harm to the decedent Marland Anderson?

*Answer (check "yes" or "no")*:

| | | |
|---|---|---|
| PEDRO ZAMORA: | Yes \_\_\_\_\_ | No \_\_\_\_\_ |
| TIM WOLLECK: | Yes \_\_\_\_\_ | No \_\_\_\_\_ |
| GERALD WARD: | Yes \_\_\_\_\_ | No \_\_\_\_\_ |
| BRETT COHEN: | Yes \_\_\_\_\_ | No \_\_\_\_\_ |

- If you answered "yes" as to any individual in Question No. 2, go to Question 3.
- If you answered "no" as to all individuals in Question No. 2, please sign date and return this Verdict.

### QUESTION NO. 3:

Did any conduct about which you answered "Yes" above, cause plaintiff Audry Henry to suffer injury and/or damages?

YES _____    NO_____

If "Yes," please state the total amount of damages you award to plaintiff Audry Henry.

$ _____

What sum of money, if any, will reasonably and fairly compensate the Plaintiff for the following:

1. What are Audry Henry's non-economic damages?

    Loss of enjoyment of life experienced                        $_____;

    Mental, physical, emotional pain and suffering experienced:  $_____.

                                            Total Damages:   $_____

**REDACTED VERDICT FORM AS TO FOREPERSON SIGNATURE**

Dated: 5/14/14