# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDRY HENRY,<br><br>PLAINTIFF(S)<br>v.<br>CITY OF LOS ANGELES, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>LA CV13-03151 JAK (MRWx)<br><br>JUDGMENT ON THE VERDICT<br>FOR DEFENDANTS<br>**JS-6** |

    This action having been tried before the Court sitting with a jury, the Honorable John A. Kronstadt, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

    IT IS ORDERED AND ADJUDGED that the Plaintiff, Audry Henry, take nothing and that the action be dismissed on the merits.

Clerk, U. S. District Court

Dated: May 15, 2014      By _____
    Andrea Keifer, Deputy Clerk